UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: James Madison Kelley      Case No.      08-55305-ASW

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 05/31/15      PETITION DATE: 09/19/08

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $23,026 | $20,992 | |
| | b. Total Assets ( | $5,827,700 | $5,825,418 | $440,935 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $3,249,530 | $3,249,530 | $3,249,755 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $4,241 | $6,083 | $267,782 |
| | b. Total Disbursements | $2,207 | $3,710 | $228,053 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,034 | $2,373 | $39,729 |
| | d. Cash Balance Beginning of Month | $20,392 | $18,020 | $6,313 |
| | e. Cash Balance End of Month (c + d) | $22,426 | $20,393 | $46,042 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | $0 |
| 6. | Post-Petition Liabilities | $0 | $0 | $0 |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | $0 |

At the end of this reporting month:                                       **Yes**      **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal      yes
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of      yes
   payment, amount of payment and name of payee)      Mlnarik $2,500_Blanco $1550_Rybkowski $2700_ $200,Hoeltzel_1200
10. If the answer is yes to 8 or 9, were all such payments approved by the court?      yes/no/no/no
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,      X
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?      yes
13. Are a plan and disclosure statement on file?                                                no
14. Was there any post-petition borrowing during this reporting period?                         no
15. Check if paid: Post-petition taxes   ;   U.S. Trustee Quarterly Fees   x   ; Check if filing is current for: Post-petition
    tax reporting and tax returns:
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.
Date:   5/31/2015 0:00

                                             Responsible Individual  /s/ James Madison Kelley

11. Net Payment for college expenses for Erik Kelley $112.5 per week.
8. Prosper And 24 hour Fitness autodraft as reported.
10. Mlnarik paid as approved by Court. The Court required other experts to be retained for questioned document analysis.
15. Do not expect that any taxes are owed. Have to update the State taxes. Will file all tax returns to capture tax loss carry forward.
(2b) Total Assets $5,418,476 as per April 2013 Zillow residence valuation.

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)

For the Month Ended  5/31/2015 0:00

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $22,426 |
| 2 | Accounts receivable (net) evidence cost+salary | | |
| 3 | Retainer(s) paid to professionals | | $0.00 |
| 4 | Other: _____ | | $0 |
| 5 | PGE Deposit | | $600 |
| 6 | **Total Current Assets** | | $23,026 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) (note 1) | | $5,700,000 |
| 8 | Real property (rental or commercial) | | $0 |
| 9 | Furniture, Fixtures, and Equipment | | $20,000 |
| 10 | Vehicles | | $5,000 |
| 11 | Partnership interests | | $0 |
| 12 | Interest in corporations | | $0 |
| 13 | Stocks and bonds | | $814 |
| 14 | Interests in IRA, Keogh, other retirement plans | | $860 |
| 15 | Other:  Loan Recission Offset (estimated)(2) | | $78,000 |
| 16 | Patents:MAC Router & Hi-speed Database(unknown) | | |
| 17 | **Total Long Term Assets** | | $5,804,674 |
| 18 | **Total Assets** | | $5,827,700 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | |
| 23 | Other:     Telephone | | $0 |
| 24 |               PG&E | | $0 |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | $0 |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) Heloc Disputed | | $0 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims (incl WMBFA FIRST and WMB HELOC) | | $3,249,530 |
| 32 | **Total Pre-Petition Liabilities** | | $3,249,530 |
| 33 | **Total Liabilities** | | $3,249,530 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $2,578,170 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $5,827,700 |

NOTES:
(1) Zillow Estimated Property Value $5.8 Million as indicated by September, 2014. Comparable sales in immediate area. Earlier information in Zillow was updated and corrected.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | N/A | N/A | N/A |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | US Bank | Fidelity801 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 7901 | 801 | paypal |
| 12 | Account Purpose | operating acct. | Tax + Transition acct | |
| 13 | Balance, End of Month | $22,459 | $12 | $0 |
| 14 | Total Funds on Hand for all Accounts | $22,671 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 05/31/15

|    |                                                          | Actual Current Month | Cumulative (Case to Date) |
|----|----------------------------------------------------------|---------------------|---------------------------|
|    | **Cash Receipts**                                        |                     |                           |
| 1  | Rent/Leases Collected/cash returned                      |                     | $190                      |
| 2  | Cash Received from Sales                                 |                     | $24,951                   |
| 3  | Interest Received                                        | $0                  | $14                       |
| 4  | Borrowings                                               | $0                  | $0                        |
| 5  | Funds from Shareholders, Partners, or Other Insiders     | $0                  | $0                        |
| 6  | Capital Contributions (stock)                            | $0                  | $0                        |
| 7  | Social Security                                          | $1,583              | $106,186                  |
| 8  | Paypal+other+ business income                            | $2,658              | $72,319                   |
| 9  | Tutoring                                                 | $0                  | $39,086                   |
| 10 | Other (EK college Contribution)                          |                     | $21,081                   |
| 11 | Cert Teaching                                            |                     | $3,955                    |
| 12 | **Total Cash Receipts**                                  | $4,241              | $267,782                  |
|    | **Cash Disbursements**                                   |                     |                           |
| 13 | Selling (House Sales Prep)                               | $33                 | $5,276                    |
| 14 | Administrative                                           | $0                  | $0                        |
| 15 | Capital Expenditures(stock)                              | $0                  | $0                        |
| 16 | Principal Payments on Debt (patent paid off)             | $0                  | $0                        |
| 17 | Interest Paid                                            | $0                  | $0                        |
|    | Rent/Lease:                                              |                     | $0                        |
| 18 | Personal Property                                        |                     | $0                        |
| 19 | Real Property                                            |                     | $0                        |
|    | Amount Paid to Owner(s)/Officer(s)                       |                     | $0                        |
| 20 | Salaries                                                 | $0                  | $0                        |
| 21 | Draws                                                    |                     | $0                        |
| 22 | Commissions/Royalties                                    |                     | $0                        |
| 23 | Expense Reimbursements                                   |                     | $0                        |
| 24 | Other Divisional patent + issuance fee                   |                     | $2,773                    |
| 25 | Salaries/Commissions (less employee withholding)         |                     | $0                        |
| 26 | Management Fees                                          | $0                  | $0                        |
|    | Taxes:                                                   |                     | $0                        |
| 27 | Employee Withholding (Consolidated)                      |                     | $742                      |
| 28 | Employer Payroll Taxes                                   | $0                  | $116                      |
| 29 | Real Property Taxes                                      | $0                  | $0                        |
| 30 | Other Taxes                                              | $0                  | $0                        |
| 31 | Other Cash Outflows:                                     | $0                  | $0                        |
| 32 | College( EK PhD)                                         | $0                  | $44,020                   |
| 33 | Business expenses                                        | $238                | $33,539                   |
| 34 | Living Expenses                                          | $1,596              | $101,017                  |
| 35 | Bankruptcy court costs                                   | $325                | $8,219                    |
| 36 | Litigation Expenses (No alloc. For Gas)                  | $14                 | $32,350                   |
| 37 | **Total Cash Disbursements:**                            | $2,207              | $228,053                  |
| 38 | **Net Increase (Decrease) in Cash**                      | $2,034              | $39,729                   |
| 39 | **Cash Balance, Beginning of Period**                    | $20,392             | $8,805                    |
| 40 | **Cash Balance, End of Period**                          | $22,426             | $48,534                   |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5610    TRN              Y    ST01

**Business Statement**
Account Number:

Statement Period:
May 1, 2015
through
May 29, 2015

Page 1 of 8

000005123  2  SP    106481059161060 P
JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA  95070-5538



*To Contact U.S. Bank*

24-Hour Business
Solutions:                                1-800-673-3555

Telecommunications Device
for the Deaf:                             1-800-685-5065
Internet:                                 usbank.com

## NEWS FOR YOU

**Have you tried External Transfers yet?**
Quickly and easily move funds between your U.S. Bank account and your accounts at other financial institutions. Use it to set up recurring transfers into your U.S. Bank Savings account, or schedule transfers in advance to boost your savings goals. Get started today: In Online Banking, choose "Payments & Transfers", then "Transfers" then "External Transfers." Follow the instructions to link your U.S. Bank account to your external account. Fees may apply.

**Go paperless with Online Statements**
Get your financial documents the fastest and most secure way by having them delivered directly to your Online Banking account. Reduce paper clutter and stay organized with access to up to seven years of statements online for easy reference. Know that your information is secure within Online Banking and get automatic alerts when your latest statement is available. In addition to account statements, you can take full advantage of our paperless services by having other letters, notices and even 1099s electronically delivered to your secure Online Banking account.
It's easy to sign up, visit usbank.com/onlinestatements to learn more!

## SILVER BUSINESS CHECKING                                                                      Member FDIC
U.S. Bank National Association                                                    Account Number

### Account Summary
|  | # Items |  | Amount |
|---|---|---|---|
| Beginning Balance on May 1 |  | $ | 20,392.39 |
| Other Deposits | 2 |  | 4,240.51 |
| Card Deposits | 1 |  | 32.70 |
| Card Withdrawals | 101 |  | 1,880.97 - |
| Checks Paid | 1 |  | 325.43 - |
| Ending Balance on May 31, 2015 | $ |  | 22,459.20 |

### Other Deposits
| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| May 13 | Federal Benefit Deposit | From SSA  TREAS 310 |  | $ | 1,583.00 |
|  | REF=15128006711192 N | 9031036030XXSOC SEC       SSA |  |  |  |
| May 18 | Electronic Deposit | From PAYPAL |  |  | 2,657.51 |
|  | REF=15138008926576 N | PAYPALSD11TRANSFER  5M5J28T9F4FJC |  |  |  |
|  |  | Total Other Deposits |  | $ | 4,240.51 |

### Card Deposits
Card Number: xxxx-xxxx-xxxx-1310
| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| May 21 | Debit Purchase Return | THE HOME DEPOT 6 CAMPBELL   CA | 9305201641 | $ | 32.70 |
|  | 298293 | On 052015 ILNKILNK REF 514021298293 |  |  |  |
|  |  | Card xxxx-xxxx-xxxx-1310  Deposit Subtotal |  | $ | 32.70 |
|  |  | Total Card Deposits |  | $ | 32.70 |

Case: 08-55305    Doc# 276    Filed: 06/22/15    Entered: 06/23/15 11:32:23    Page 5 of 13



JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA 95070-5538

**Business Statement**
Account Number: 

Statement Period:
May 1, 2015
through
May 29, 2015



Page 2 of 8

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association

Account Number 

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-1310

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 1 | Debit Purchase - VISA CSJ 2ND-S. CARLO ************1310 | On 043015 SAN JOSE CA REF # 24493985121091714001392 | 1091714001 | $ 2.00- |
| May 1 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 043015 Saratoga CA REF # 24692165120000905826326 | 0000905826 | 3.85- |
| May 1 | Debit Purchase - VISA TOGO'S EATERY ************1310 | On 043015 SARATOGA CA REF # 24493985120200253800053 | 0200253800 | 9.38- |
| May 1 | Debit Purchase - VISA TOMATINA WEST VA ************1310 | On 042915 SAN JOSE CA REF # 24431065120286088900131 | 0286088900 | 15.39- |
| May 4 | Debit Purchase - VISA MCDONALD'S F3255 ************1310 | On 050215 SARATOGA CA REF # 24427335123710024420011 | 3710024420 | 1.40- |
| May 4 | Debit Purchase - VISA MCDONALD'S F3255 ************1310 | On 050215 SARATOGA CA REF # 24427335123710024419641 | 3710024419 | 2.49- |
| May 4 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050115 Saratoga CA REF # 24692165121000422546075 | 1000422546 | 3.85- |
| May 4 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050315 Saratoga CA REF # 24692165123000448634168 | 3000448634 | 3.85- |
| May 4 | Debit Purchase - VISA ROJOZ WRAPS AND ************1310 | On 050215 SARATOGA CA REF # 24431065123207575300566 | 3207575300 | 7.56- |
| May 4 | Debit Purchase - VISA ROJOZ WRAPS AND ************1310 | On 050115 SARATOGA CA REF # 24431065122207575200668 | 2207575200 | 8.16- |
| May 4 | Debit Purchase - VISA ROJOZ WRAPS AND ************1310 | On 050315 SARATOGA CA REF # 24431065124207575400407 | 4207575400 | 8.16- |
| May 4 | Debit Purchase 022593 ************1310 | CVS 09834 Saratoga CA On 050415 NYC1TERM REF 512400022593 | 9305041113 | 17.17- |
| May 5 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050415 Saratoga CA REF # 24692165124000901438437 | 4000901438 | 3.85- |
| May 5 | Debit Purchase - VISA CAMERA 7 CINEMA ************1310 | On 050315 CAMPBELL CA REF # 24013395124000389048497 | 4000389048 | 4.75- |
| May 5 | Debit Purchase - VISA TOGO'S EATERY ************1310 | On 050415 SARATOGA CA REF # 24493985124200251600089 | 4200251600 | 6.00- |
| May 5 | Debit Purchase - VISA CAMERA 7 CINEMA ************1310 | On 050315 CAMPBELL CA REF # 24013395124000389049131 | 4000389049 | 15.50- |
| May 5 | Debit Purchase - VISA SHELL OIL 574442 ************1310 | On 050315 SAN JOSE CA REF # 24316055124548522034133 | 4548522034 | 20.11- |
| May 5 | Debit Purchase - VISA SUPERCUTS CA 010 | On 050415 SARATOGA CA REF # 24431065125206241100200 | 5206241100 | 41.00- |

**Case: 08-55305  Doc# 276  Filed: 06/22/15  Entered: 06/23/15 11:32:23  Page 6 of 13**



JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA 95070-5538

**Business Statement**
Account Number:


Statement Period:
May 1, 2015
through
May 29, 2015

## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association
Account Number

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-1310

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 6 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050515 Saratoga CA REF # 24692165125000412669172 | 5000412669 | 3.85- |
| May 6 | Debit Purchase - VISA UNA MAS MEX GRIL ************1310 | On 050515 LOS GATOS CA REF # 24055235126207188700328 | 6207188700 | 10.65- |
| May 6 | Debit Purchase - VISA CALIFORNIA SKIN ************1310 | On 050515 SAN JOSE CA REF # 24431065126026134328596 | 6026134328 | 34.80- |
| May 7 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050615 Saratoga CA REF # 24692165126000907889482 | 6000907889 | 3.85- |
| May 7 | Debit Purchase - VISA 448 WEST VALLEY ************1310 | On 050615 SAN JOSE CA REF # 24231685127206088100581 | 7206088100 | 9.23- |
| May 8 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050715 Saratoga CA REF # 24692165127000366577361 | 7000366577 | 3.85- |
| May 8 | Debit Purchase - VISA UNA MAS MEX GRIL ************1310 | On 050715 LOS GATOS CA REF # 24055235128207188700987 | 8207188700 | 10.65- |
| May 8 | Debit Purchase 006151 ************1310 | SAFEWAY SARATOGA CA On 050815 ILK1TERM REF 512807006151 | 5105080234 | 16.53- |
| May 11 | Debit Purchase - VISA BURGER KING #418 ************1310 | On 050815 SAN JOSE CA REF # 24186165128200299402081 | 8200299402 | 2.37- |
| May 11 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050815 Saratoga CA REF # 24692165128000881160304 | 8000881160 | 3.85- |
| May 11 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 050915 Saratoga CA REF # 24692165129000385175443 | 9000385175 | 3.85- |
| May 11 | Debit Purchase - VISA STARBUCKS #10253 ************1310 | On 051015 Saratoga CA REF # 24692165130000871483480 | 0000871483 | 3.85- |
| May 11 | Debit Purchase 265795 ************1310 | SAFEWAY SARATOGA CA On 051015 ILK1TERM REF 513014265795 | 9505100933 | 8.15- |
| May 11 | Debit Purchase - VISA UNA MAS MEX GRIL ************1310 | On 051015 LOS GATOS CA REF # 24055235131207188700057 | 1207188700 | 10.65- |
| May 11 | Debit Purchase 177622 ************1310 | TRADER JOE'S # 2 SAN JOSE CA On 050815 ILNKILNK REF 512821177622 | 2205082021 | 18.45- |
| May 11 | Debit Purchase - VISA CUPERTINO VALERO ************1310 | On 050715 CUPERTINO CA REF # 24427335128120003574942 | 8120003574 | 22.65- |
| May 11 | Debit Purchase - VISA T-MOBILE TEL PAY ************1310 | On 050915 800-937-8997 WA REF # 24692165129000096298880 | 9000096298 | 80.00- |
| May 12 | Debit Purchase - VISA STARBUCKS #05417 | On 051115 Saratoga CA REF # 24692165131000326405376 | 1000326405 | 3.85- |

 

JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA 95070-5538

**Business Statement**
Account Number: 

Statement Period:
May 1, 2015
through
May 29, 2015



Page 4 of 8

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association  
Account Number

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-1310

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 12 | Debit Purchase 256611 ************1310 | SAFEWAY SARATOGA CA On 051115 ILK1TERM REF 513109256611 | 1105110458 | 7.41- |
| May 12 | Debit Purchase - VISA 448 WEST VALLEY ************1310 | On 051115 SAN JOSE CA REF # 24231685132206088100600 | 2206088100 | 9.23- |
| May 12 | Debit Purchase 403331 ************1310 | ROTTEN ROBBIE #0 SAN JOSE CA On 051215 ILNKILNK REF 513216403331 | 3105121518 | 28.80- |
| May 13 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 051215 Saratoga CA REF # 24692165132000802343298 | 2000802343 | 3.85- |
| May 14 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 051315 Saratoga CA REF # 24692165133000253746444 | 3000253746 | 3.85- |
| May 14 | Debit Purchase - VISA 448 WEST VALLEY ************1310 | On 051315 SAN JOSE CA REF # 24231685134206088100509 | 4206088100 | 9.23- |
| May 14 | Debit Purchase - VISA HARRYS HOFBRAU S ************1310 | On 051215 408-2430434 CA REF # 24019515133034900352423 | 3034900352 | 9.72- |
| May 14 | Debit Purchase 718947 ************1310 | SAFEWAY SARATOGA CA On 051315 ILK1TERM REF 513313718947 | 4705130810 | 28.62- |
| May 15 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 051415 Saratoga CA REF # 24692165134000728770945 | 4000728770 | 3.85- |
| May 15 | Debit Purchase 995360 ************1310 | TRADER JOE'S # 0 SAN JOSE CA On 051415 ILNKILNK REF 513420995360 | 6005141904 | 9.28- |
| May 15 | Debit Purchase - VISA SPROUTS FARMERS ************1310 | On 051315 SAN JOSE CA REF # 24427335134710025236728 | 4710025236 | 13.28- |
| May 18 | Debit Purchase - VISA CSJ 2ND-S. CARLO ************1310 | On 051515 SAN JOSE CA REF # 24493985136091719000467 | 6091719000 | 1.00- |
| May 18 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 051515 Saratoga CA REF # 24692165135000200896522 | 5000200896 | 3.85- |
| May 18 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 051615 Saratoga CA REF # 24692165136000700454441 | 6000700454 | 3.85- |
| May 18 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 051715 Saratoga CA REF # 24692165137000131764771 | 7000131764 | 3.85- |
| May 18 | Debit Purchase - VISA TOGO'S EATERY ************1310 | On 051515 SARATOGA CA REF # 24493985136200251900105 | 6200251900 | 6.00- |
| May 18 | Debit Purchase 420551 ************1310 | SAFEWAY SARATOGA CA On 051515 ILK1TERM REF 513513420551 | 5105150848 | 6.84- |
| May 18 | Debit Purchase - VISA PANDA EXPRESS #7 | On 051515 SAN JOSE CA REF # 24431065136838000099814 | 6838000099 | 7.61- |



JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA  95070-5538

**Business Statement**
Account Number: 

Statement Period:
May 1, 2015
through
May 29, 2015

Page 5 of 8

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association

Account Number

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-1310

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 18 | Debit Purchase - VISA FEDEXOFFICE 00 ************1310 | On 051515 SAN JOSE CA REF # 24164075135069966295633 | 5069966295 | 7.83- |
| May 18 | Debit Purchase - VISA TOMATINA WEST VA ************1310 | On 051415 SAN JOSE CA REF # 24431065135286088900159 | 5286088900 | 19.11- |
| May 18 | Debit Purchase 711554 ************1310 | NORDSTROM 432 16 SAN JOSE   CA On 051615 ILK1TERM REF 513623711554 | 5405161824 | 23.89- |
| May 18 | Debit Purchase 569527 ************1310 | 900 W. HAMILTON  CAMPBELL   CA On 051615 ILK1TERM REF 513611569527 | 2705160656 | 77.56- |
| May 18 | Debit Purchase - VISA PG&E/EZ-PAY ************1310 | On 051515 800-743-5000 CA REF # 24692165135000294658275 | 5000294658 | 701.25- |
| May 19 | Debit Purchase - VISA EUREST DINING 11 ************1310 | On 051815 GOLDEN CO REF # 24164075138937030261947 | 8937030261 | 7.94- |
| May 19 | Debit Purchase - VISA T1 URBAN MARKE32 ************1310 | On 051715 LOS ANGELES  CA REF # 24164075138531791504742 | 8531791504 | 10.90- |
| May 19 | Debit Purchase 896150 ************1310 | WM SUPERCENTER # GOLDEN   CO On 051815 NYC1TERM REF 513800896150 | 5005181958 | 22.17- |
| May 19 | Debit Purchase - VISA UNA MAS MEX GRIL ************1310 | On 051715 CAMPBELL CA REF # 24055235138400452000675 | 8400452000 | 23.52- |
| May 21 | Debit Purchase 000101 ************1310 | USPS 0570320240  SARATOGA   CA On 052115 NYC3TERM REF 514118000101 | 0105211137 | 0.98- |
| May 21 | Debit Purchase - VISA PANDA EXPRESS #7 ************1310 | On 052015 SAN JOSE CA REF # 24431065141838000015565 | 1838000015 | 7.61- |
| May 21 | Debit Purchase 998191 ************1310 | SAFEWAY SARATOGA   CA On 052015 ILNKILNK REF 514015998191 | 9105201023 | 9.72- |
| May 21 | Debit Purchase 408959 ************1310 | SAFEWAY SARATOGA   CA On 052115 ILK1TERM REF 514106408959 | 5905210119 | 12.17- |
| May 22 | Debit Purchase - VISA BURGER KING #418 ************1310 | On 052115 SAN JOSE CA REF # 24186165141200299401730 | 1200299401 | 1.95- |
| May 22 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052115 Saratoga Ca REF # 24692165141000003568411 | 1000003568 | 3.85- |
| May 22 | Debit Purchase - VISA UNA MAS MEX GRIL ************1310 | On 052115 LOS GATOS CA REF # 24055235142207188700831 | 2207188700 | 10.65- |
| May 22 | Debit Purchase - VISA ABM PARKING SAN ************1310 | On 052015 SAN JOSE CA REF # 24789305141126900328223 | 1126900328 | 88.00- |
| May 26 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052315 Saratoga Ca REF # 24692165143000057600431 | 3000057600 | 1.50- |

Case: 08-55305   Doc# 276   Filed: 06/22/15   Entered: 06/23/15 11:32:23   Page 9 of 13



JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA 95070-5538

**Business Statement**
Account Number:


Statement Period:
May 1, 2015
through
May 29, 2015



Page 6 of 8

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association  
Account Number

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-1310

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 26 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052315 Saratoga CA REF # 2469216514300000631787 1 | 3000006317 | 2.35- |
| May 26 | Debit Purchase 063537 ************1310 | SAFEWAY SARATOGA CA On 052215 ILK1TERM REF 514304063537 | 3705222300 | 2.71- |
| May 26 | Debit Purchase - VISA AMC SARATOGA 14 ************1310 | On 052215 SAN JOSE CA REF # 24610435144072001568647 | 4072001568 | 3.49- |
| May 26 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052215 Saratoga CA REF # 24692165142000511911581 | 2000511911 | 3.85- |
| May 26 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052415 Saratoga CA REF # 24692165144000438739972 | 4000438739 | 3.85- |
| May 26 | Debit Purchase 833957 ************1310 | SAFEWAY SARATOGA CA On 052515 ILNKILNK REF 514514833957 | 5705250905 | 6.84- |
| May 26 | Debit Purchase - VISA PANDA EXPRESS #7 ************1310 | On 052515 SAN JOSE CA REF # 24431065146838000029876 | 6838000029 | 7.61- |
| May 26 | Debit Purchase - VISA CHIPOTLE 1241 ************1310 | On 052215 SARATOGA CA REF # 24431065143200388401313 | 3200388401 | 8.05- |
| May 26 | Debit Purchase - VISA AMC SARATOGA 14 ************1310 | On 052215 SAN JOSE CA REF # 24610435144072001568688 | 4072001568 | 9.99- |
| May 26 | Debit Purchase - VISA IEEE PRODUCTS & ************1310 | On 052215 800-678-4333 NJ REF # 24435655143286580004272 | 3286580004 | 10.00- |
| May 26 | Debit Purchase - VISA HARRYS HOFBRAU S ************1310 | On 052315 408-2430434 CA REF # 24019515145154801432037 | 5154801432 | 11.46- |
| May 26 | Debit Purchase - VISA IEEE PRODUCTS & ************1310 | On 052215 800-678-4333 NJ REF # 24435655143286580004975 | 3286580004 | 14.50- |
| May 26 | Debit Purchase 571260 ************1310 | TRADER JOE'S # 0 SAN JOSE CA On 052415 ILK1TERM REF 514417571260 | 6005241630 | 14.76- |
| May 26 | Debit Purchase - VISA UNA MAS MEX GRIL ************1310 | On 052415 LOS GATOS CA REF # 24055235145207188700218 | 5207188700 | 20.40- |
| May 26 | Debit Purchase 036051 ************1310 | CVS 09834 Saratoga CA On 052515 NYC3TERM REF 514500036051 | 5105251857 | 23.14- |
| May 26 | Debit Purchase - VISA ACM ************1310 | On 052215 212-6260594 NY REF # 24755425143121437217373 | 3121437217 | 25.00- |
| May 27 | Debit Purchase - VISA FEDEXOFFICE 00 ************1310 | On 052615 SAN JOSE CA REF # 24164075146069300411943 | 6069300411 | 0.89- |
| May 27 | Debit Purchase - VISA STARBUCKS #05417 | On 052615 Saratoga CA REF # 24692165146000314326215 | 6000314326 | 3.85- |



JAMES M KELLEY
DBA JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA 95070-5538

**Business Statement**
Account Number:

Statement Period:
May 1, 2015
through
May 29, 2015

Page 7 of 8

## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association
Account Number

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-1310

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 27 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052615 Saratoga CA REF # 24692165146000277716188 | 6000277716 | 3.85- |
| May 27 | Debit Purchase - VISA PANDA EXPRESS #7 ************1310 | On 052615 SAN JOSE CA REF # 24431065147838000033794 | 7838000033 | 7.61- |
| May 28 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052715 Saratoga CA REF # 24692165147000831743693 | 7000831743 | 3.85- |
| May 28 | Debit Purchase - VISA TOGO'S EATERY ************1310 | On 052715 SARATOGA CA REF # 24493985148200251300203 | 8200251300 | 6.49- |
| May 28 | Debit Purchase - VISA BOSTON MARKET 11 ************1310 | On 052715 SAN JOSE CA REF # 24445005148000474132243 | 8000474132 | 8.88- |
| May 28 | Debit Purchase - VISA POSTNET CA169 ************1310 | On 052615 SAN JOSE CA REF # 24447465147980001540668 | 7980001540 | 10.00- |
| May 29 | Debit Purchase - VISA STARBUCKS #05417 ************1310 | On 052815 Saratoga CA REF # 24692165148000360394776 | 8000360394 | 3.85- |
| May 29 | Debit Purchase - VISA CSJ 2ND-S. CARLO ************1310 | On 052815 SAN JOSE CA REF # 24493985149091712000568 | 9091712000 | 8.00- |
| May 29 | Debit Purchase 558213 ************1310 | SAFEWAY SARATOGA CA On 052815 ILNKILNK REF 514813558213 | 1305280856 | 10.71- |
| May 29 | Debit Purchase - VISA THE ORIGINAL HIC ************1310 | On 052815 CAMPBELL CA REF # 24431065149207688500268 | 9207688500 | 12.42- |
| May 29 | Debit Purchase - VISA FRY'S ELECTRONIC ************1310 | On 052815 CAMPBELL CA REF # 24492155149769075862309 | 9769075862 | 16.30- |

| | | | |
|---|---|---|---|
| | Card 1310 Withdrawals Subtotal | $ | 1,880.97- |
| | Total Card Withdrawals | $ | 1,880.97- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0332 | May 27 | 8655269919 | 325.43 |

| | | |
|---|---|---|
| Conventional Checks Paid (1) | $ | 325.43- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 1 | 20,361.77 | May 12 | 19,921.40 | May 21 | 23,155.28 |
| May 4 | 20,309.13 | May 13 | 21,500.55 | May 22 | 23,050.83 |
| May 5 | 20,217.92 | May 14 | 21,449.13 | May 26 | 22,881.33 |
| May 6 | 20,168.62 | May 15 | 21,422.72 | May 27 | 22,539.70 |
| May 7 | 20,155.54 | May 18 | 23,217.59 | May 28 | 22,510.48 |
| May 8 | 20,124.51 | May 19 | 23,153.06 | May 29 | 22,459.20 |
| May 11 | 19,970.69 | | | | |

Balances only appear for days reflecting change.

Case: 08-55305 Doc# 276 Filed: 06/22/15 Entered: 06/23/15 11:32:23 Page 11 of 13

# Fidelity

Envelope 335513018

JAMES MADISON KELLEY
14390 DOUGLASS LN
SARATOGA CA 95070-5538

## Investment Report

April 1, 2015 - April 30, 2015

Online  Fidelity.com
FAST(sm)-Automated Telephone  800-544-5555
Customer Service  800-544-6666

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---|
| Beginning value as of Apr 1 | $921.37 |
| Additions | |
| Change in investment value | |
| Ending value as of Apr 30 | |
| | |
| Total trades for portfolio period May 2014 – Apr 2015 | 0 |

### Value by Account

| | Account Number | Net Value April 1, 2015 | Net Value April 30, 2015 |
|---|---|---|---|
| **General Investment** | | | |
| Fidelity Account(sm) – Individual | 801 | $566.03 | $814.28* |
| **Custodial** | | | |
| Fidelity Account(sm) – UTMA | | | |
| **Total Portfolio Value** | | | |

\* Excludes unpriced securities

Case: 08-55305    Doc# 276    Filed: 06/22/15    Entered: 06/23/15 11:32:23    Page 12 of 13

Fidelity
INVESTMENTS

Investment Report
April 1, 2015 - April 30, 2015

# Your Portfolio Details

## Fidelity Account ###-###301   JAMES M KELLEY - INDIVIDUAL

### Account Summary

| | |
|---|---|
| Beginning value as of Apr 1 | $566.08 |
| Additions | 136.80 |
| Change in investment value | 111.40 |
| Ending value as of Apr 30 | $814.28 |

Account trades from May 2014 - Apr 2015: 0

### Holdings (Symbol as of April 30, 2015)

| | Performance April 30, 2015 | Quantity April 30, 2015 | Price per Unit April 30, 2015 | Total Cost Basis | Total Value April 1, 2015 | Total Value April 30, 2015 |
|---|---|---|---|---|---|---|
| **Stocks 99% of holdings** | | | | | | |
| M EVERGREEN SOLAR INC COM NEW NO STOCKHOLDERS EQUITY 07/16/2012 | | 1.000 | — | unknown | unavailable | unavailable |
| M OCATA THERAPEUTICS INC COM ISIN #US67457L1008 (OCAT) | | 90.000 | $7.380 | $1,677.92 | $554.40 | $664.20 |
| M RAMBUS INC (RMBS) | | 10.000 | 13.840 | unknown | | 138.40 |
| **Subtotal of Stocks** | | | | 1,677.92 | | 802.60 |
| **Core Account 1% of holdings** | | | | | | |
| FIDELITY CALIFORNIA MUNI MONEY MARKET (FCFXX) | 7-day Yield: 0.01% | 11.680 | 1.000 | not applicable | 11.68 | 11.68 |
| **Subtotal of Core Account** | | | | | | 11.68 |
| **Total** | | | | $1,677.92 | | $814.28 |

M - Position held in margin account.
Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

# Transaction Details

(for holdings with activity this period)

**Core Account** - Fidelity California Muni Money Market

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $11.68 |

| Description | Amount | Balance |
|---|---|---|
| Ending | | $11.68 |

Case: 08-55305   Doc# 276   Filed: 06/22/15   Entered: 06/23/15 11:32:23   Page 13 of 13